UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 JAN 19 P 2:28

CLERK. _aBurton_
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | Case No. CR117 008 |
| | ) | |
| v. | ) | COUNT ONE |
| | ) | DUI on a Military Reservation |
| JOHN REEVE, | ) | 18 U.S.C. §§ 7 & 13 |
| | ) | O.C.G.A. § 40-6-391(a)(1) |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about the 21st day of July, 2016, in the Southern District of Georgia, the defendant,

JOHN REEVE,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, was unlawfully driving a moving vehicle while under the influence of alcohol to the extent that it was less safe for him to drive, from alcohol consumed before such driving ended, in violation of Title

18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

EDWARD J. TARVER
UNITED STATES ATTORNEY

Candace R. Cunningham
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Gordon, GA  30905-5280
(706) 791-1254; Fax 791-1749